**LAWRENCE C. HERSH**
Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, NJ  07070
(201) 507-6300
*Attorney for Plaintiff, and all others similarly situated*


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

———————————————————————X
                                       :

PATRICK FERRIS, on behalf of himself and all   :
others similarly situated,                         :

                                         :

                Plaintiff,              : Civil Action No. 2:21-cv-11154-JMV-
                                         : JBC

vs.                                          :

                                         : **STIPULATION OF VOLUNTARY**
ALAN KAMEL dba LAW OFFICE OF ALAN   : **DISMISSAL PURSUANT TO**
KAMEL                                   : **F.R.C.P. 41(a)(1)(A)(ii)**

                                         :

                Defendant.            :

                                         :
————————————————————— X


Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties

hereby stipulate to the Plaintiff's voluntary dismissal of his claims against Defendant in

the above-captioned matter with prejudice, and the dismissal of the claims on behalf of

the putative class without prejudice.


By:  /s/ Lawrence Hersh           By:  /s/ Lawrence S. Cutalo
     Lawrence Hersh, Esq.             Lawrence S. Cutalo Esq.
     Attorney at Law                   O'Toole Scrivo, LLC
     17 Sylvan Street, Suite 102b       14 Village Park Road
     Rutherford, NJ  07070            Cedar Grove, NJ  07009
     (201) 507-6300                 (973) 239-5700
     *Attorney for Plaintiff*            *Attorneys for Defendant*